UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| U-HAUL CO. OF NEVADA, INC., *et al.*, | ) | |
| Plaintiff, | ) | 2:12-cv-231-KJD-RJJ |
| vs. | ) | |
| GREGORY J. KAMER, LTD., *et al.*, | ) | O R D E R |
| Defendant, | ) | |
| AND RELATED THIRD-PARTY CLAIM. | ) | |

This matter is before Court on a Motion to Withdraw as Counsel For Defendant Jennifer Corry as Executrix of the Estate of Nathan Albright (#19).

The Court having reviewed the Motion (#19) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel For Defendant Jennifer Corry as Executrix of the Estate of Nathan Albright (#19) is GRANTED.

IT IS FURTHER ORDERED that Defendant Jennifer Corry shall have to and including, March 30, 2012, to designate new counsel.

DATED this   7th   day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge