UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U-HAUL CO., OF NEVADA, INC., *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY J. KAMER, LTD., *et al.*, ) <br> ) <br> Defendant. ) <br> ) <br> AND RELATED THIRD-PARTY COMPLAINT. ) <br> ) | 2:12-cv-0231-KJD-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on June 29, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __29th__ day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge