UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| U-HAUL CO., OF NEVADA, INC., *et al.*, | ) | |
| Plaintiff, | ) | 2:12-cv-0231-KJD-RJJ |
| vs. | ) | |
| GREGORY J. KAMER, LTD., *et al.*, | ) | **ORDER** |
| Defendant. | ) | |
| AND RELATED THIRD-PARTY COMPLAINT. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on June 29, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1.    Shall identify the discovery that has been completed;

2.    Shall identify the discovery that remains outstanding;

3.    Shall identify any pending discovery motions; and,

4.    Shall detail all attempts to settle the case.

DATED this   29th   day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge