**FILED**

NOV 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: U-HAUL CO. OF NEVADA, INC. and U-HAUL INTERNATIONAL, INC. | No. 12-72700 |
| | D.C. No. 2:12-cv-00231-KJD-RJJ<br>District of Nevada,<br>Las Vegas |
| U-HAUL CO. OF NEVADA, INC. and U-HAUL INTERNATIONAL, INC., | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| GREGORY J. KAMER, LTD., d/b/a Kamer Zucker & Abbott; et al., | |
| Real Parties in Interest. | |

Before: LEAVY, TROTT, and RAWLINSON, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

SLJ/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

    **DENIED**.

SLJ/MOATT