UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

U-HAUL CO. OF NEVADA, INC., *et al.*,   )
                                    )
            Plaintiffs,            )     Case No.  2:12-cv-00231-KJD-CWH
                                    )
vs.                                      )     **ORDER**
                                    )
GREGORY J. KAMER, LTD., *et al.*,     )
                                    )
            Defendants.        )

        This matter is before the Court on Defendant Gregory J. Kamer, Ltd.'s ("Kamer") Motion to Withdraw Prior Stipulation for Continuance of Discovery (#160), filed February 11, 2013.

        This matter was recently reassigned to the undersigned Magistrate Judge. Prior to reassignment, on November 9, 2012, the parties filed a stipulation to extend certain discovery deadlines. (#106). The stipulation was not approved prior to reassignment and, now, the deadline proposed for discovery cutoff in the stipulation has passed. As such, the Court will deny the stipulation. This renders Defendant Kamer's motion (#160) moot.

        Based on the foregoing and good cause appearing therefore,

        **IT IS HEREBY ORDERED** that the parties' Stipulation for Extension of Time (#106) is **denied**.

        **IT IS FURTHER ORDERED** that Defendant Gregory J. Kamer, Ltd.'s ("Kamer") Motion to Withdraw Prior Stipulation for Continuance of Discovery (#160) is **denied as moot**.

        DATED this 15th day of February, 2013.

                                                         **C.W. Hoffman, Jr.**
                                                          **United States Magistrate Judge**