# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U-HAUL CO. OF NEVADA, INC., *et al.*,

    Plaintiffs,

v.

GREGORY J. KAMER, LTD., *et al.*,

    Defendants.

Case No. 2:12-CV-00231-KJD-CWH

**ORDER**

    The parties have provided the Court a Notice of Settlement and Stipulation to Stay Briefing on Motions for Summary Judgment (#287). As it appears that this matter will shortly be resolved, the stay is **HEREBY GRANTED**. Accordingly, this matter is stayed until November 19, 2013 "so that the parties can draft and execute papers necessary for the dismissal of this case." (#287).

    DATED this 8th day of November 2013.

_____
Kent J. Dawson
United States District Judge